## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DANNY SEESSENGOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Case No.   07-177-WDS-PMF |
| ) | |
| **EAGLE WINGS INDUSTRIES,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case is submitted on a sua sponte recommendation of dismissal for failure to prosecute. This case was set for a scheduling and discovery conference on August 31, 2007, at 9:15 a.m. The plaintiff was responsible for placing the conference call between the Court and defense counsel (Doc. No. 9). No call was received, and efforts by judicial staff to obtain plaintiff's presence by phone were unsuccessful.

On September 6, 2007, plaintiff was ordered to show cause why this case should not be dismissed for want of prosecution (Doc. No. 11). Plaintiff's response, due by September 21, 2007, was not filed.

The facts outlined above strongly suggest that plaintiff has no interest in prosecuting his claim against the defendant.

**IT IS RECOMMENDED** that this action be dismissed for failure to prosecute.

**SUBMITTED:   October 29, 2007   .**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**